No. 01M71.  TOWNES v. NEW HAMPSHIRE; and

No. 01M72.  HOWARD v. NEWLAND, WARDEN, ET AL.  Motions to direct the Clerk to file petitions for writs of certiorari out of time under this Court's Rule 14.5 denied.

No. 01M73.  HALL v. TEXAS.  Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.  Motion to amend the petition for writ of certiorari granted.

No. 01M75.  HOUSING AUTHORITY AND URBAN REDEVELOPMENT AGENCY OF ATLANTIC CITY v. TAYLOR.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 01–653.  FEDERAL COMMUNICATIONS COMMISSION v. NEXTWAVE PERSONAL COMMUNICATIONS INC. ET AL.; and

No. 01–657.  ARCTIC SLOPE REGIONAL CORP. ET AL. v. NEXTWAVE PERSONAL COMMUNICATIONS INC. ET AL.  C. A. D. C. Cir.  [Certiorari granted, 535 U. S. 904.]  Motion of the Acting Solicitor General for divided argument granted.  Motion of Creditors of NextWave Personal Communications Inc. for leave to participate in oral argument as *amici curiae* and for divided argument granted.

No. 01–705.  BARNHART, COMMISSIONER OF SOCIAL SECURITY v. PEABODY COAL CO. ET AL.; BARNHART, COMMISSIONER OF SOCIAL SECURITY v. BELLAIRE CORP. ET AL.; and

No. 01–715.  HOLLAND ET AL. v. BELLAIRE CORP. ET AL.  C. A. 6th Cir.  [Certiorari granted, 534 U. S. 1112.]  Motion of the Solicitor General for divided argument granted.  Motion of respondents Bellaire Corp. et al. for divided argument granted.

No. 01–729.  GODFREY ET AL. v. DOE ET AL.  C. A. 9th Cir.  [Certiorari granted *sub nom. Otte* v. *Doe*, 534 U. S. 1126.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 01–757.  SYNGENTA CROP PROTECTION, INC., ET AL. v. HENSON.  C. A. 11th Cir.  [Certiorari granted, 534 U. S. 1126.]  Motion of Texas for leave to participate in oral argument as *amicus curiae* and for divided argument denied.